UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br> Plaintiff,  ) <br>  ) <br> -vs-  ) <br>  ) <br> JOSE GUADALUPE AGUILAR,  ) <br>  ) <br> Defendant.  ) <br>  ) | NO.    CR-07-2091-WFN-1 <br><br> ORDER |

A telephonic pretrial conference was held June 25, 2008. Samuel Swanberg represented the Defendant; Assistant United States Attorney Shawn Anderson represented the Government. In his trial brief, Defendant raised the issue of severance of Counts 1 and 2 from Count 3 due to possible prejudice. The Court was concerned about this issue and contacted counsel to alert counsel that the issue should be addressed prior to the trial. During this conference, the Court found that lack of severance could unduly prejudice the Defendant and granted the Defendant's request if Defendant was willing to waive his speedy trial rights as to Count 3.

The Court has reviewed the file and briefs and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that Count 3 will be **SEVERED** from Counts 1 and 2 for trial. Trial of Counts 1 and 2 will proceed as scheduled on June 30, 2008, in Yakima.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER - 1

1 **DATED** this 30th day of June, 2008.

3                                                   s/ Wm. Fremming Nielsen
                                                    WM. FREMMING NIELSEN
4  06-30b                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2